**Opinion issued July 26, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00493-CV

———————————

**SERGIO SOZA, Appellant**

**V.**

**FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee**

---

**On Appeal from County Civil Court at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 990131**

---

## MEMORANDUM OPINION

Appellant, Sergio Soza, has neither paid the required filing fee for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by

statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals).

The filing fee was due on May 9, 2012, when appellant filed his notice of appeal. *See* TEX. R. APP. P. 5. On May 31, 2012, the Court notified appellant that the appeal was subject to dismissal if appellant did not pay the required fee within 10 days. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case). Appellant did not respond.

Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Massengale.